UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES | PLAINTIFF/APPELLEE |
| V. | **Tenth Circuit Appeal No. 10-5057**<br>(OKND Criminal 4:09-cr-43 SPF-2)<br>(10th Cir. 22-5113 – related appeal) |
| OSCAR STILLEY | DEFENDANT/APPELLANT |

## APPELLANT OSCAR STILLEY'S MOTION FOR SEALED DOCUMENTS

Comes now Appellant Oscar Stilley (Stilley) and for his unopposed motion for provision of sealed documents states:

1.    Appellant Oscar Stilley seeks a set of 1,011 pages of sealed pleadings filed as part of the official record in this case. The Docket Entry ID number attached to the docket entry is 9782527. The first item in the set has the docket number 01018464267, and subsequent parts of the official record appear to be numbered seriatim to that one. In the official record this is designated as "Volume 4: Pleadings (SEALED)." Stilley cannot get the docket number of the sealed volume, since it is sealed.

2.    This is a request to receive and possess pleadings in the captioned case, in which Stilley is a party, and should not be construed as a

1

request to change the official status of any of the pleadings provided to Stilley.

3.   Stilley is willing to pay the customary PACER charges for the material requested, just as he did for the open parts of the appellate record.

4.   Stilley needs this relief for amongst other things their use in preparing pleadings that he plans to file in the future.

5.   Stilley has been informed that he can get these sealed portions of the record only by a motion and an order directing the release of the sealed pleadings to Stilley.

6.   Stilley has inquired of Elissa Hart-Mahan, who graciously states that the government does not object to the relief sought by this motion.

WHEREFORE, Stilley respectfully requests an order directing the Court Clerk to provide Stilley with a copy of the sealed portion of the official record in the captioned case; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted.

By: /s/ Oscar Stilley            July 28, 2023
Oscar Stilley                    Date

10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he filed this pleading using the CM/ECF system, whereby all persons entitled to service via CM/ECF will receive service.

## CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMITATIONS

Defendant Stilley by his signature above certifies that this pleading complies with the type volume limitation of FRAP 27(d)(2)(C), excluding the parts of the document exempted by FRAP 32(f). This document contains 300 countable words, which is less than 5,200 words.