FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 21, 2023**

Christopher M. Wolpert  
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR AMOS STILLEY,

    Defendant - Appellant.

No. 10-5057  
(D.C. No. 4:09-CR-00043-SPF-2)  
(N.D. Okla.)

---

**ORDER**

---

Before **TYMKOVICH**, **BALDOCK**, Circuit Judges, and **LUCERO**, Senior Circuit Judges.

---

This matter is before the court on appellant Oscar Stilley's *Motion for Sealed Documents*. Mr. Stilley requests access to, and a printed copy of, the sealed materials in Volume 4 of the record on appeal. In total, the sealed materials include over 1,000 pages. Mr. Stilley states that the government does not oppose his request.

The sealed volume in question includes confidential pleadings, documents, and information relating to parties involved in the original underlying consolidated criminal proceedings. That is, the materials include personal identifiers and confidential information related to individuals other than Mr. Stilley. For this reason, we conclude blanket access is unwarranted. Moreover, the documents were sealed in the district court proceeding and were transferred to this court under seal; to the extent Mr. Stilley seeks

access to sealed materials from district court criminal proceeding number 4:09-CR-00043-SPF-2, that request is more appropriately directed to the United States District Court for the Northern District of Oklahoma. The Motion for Sealed Documents is denied.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk